FILED CLERK, U.S. DISTRICT COURT  
AUG - 4 2008  
CENTRAL DISTRICT OF CALIFORNIA  
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAVID R. ROBINS, JR., Petitioner, vs. D. DEXTER, Warden, Respondent. | Case No. CV 07-8188 JSL (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation and Petitioner's Objections, *de novo*.

IT IS ORDERED that:

1. The Objections are OVERRULED.
2. The Report and Recommendation is approved and adopted.
3. Judgment shall be entered denying the Petition and dismissing this action with prejudice.
4. All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: July 29, 2008

/s/ Spencer Letts
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE