UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID R. ROBINS, JR., <br>     Petitioner, <br> vs. <br> D. DEXTER, Warden, <br>     Respondent. | Case No. CV 07-8188 JSL (AN) <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: July 29, 2008

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

14